# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RALPH HOWARD BLAKELY,

    Plaintiff,

v.

GREGORY JONES, et al,

    Defendants.

Case No. 3:18-cv-05021-RBL-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion and proposed motion for an order to compel named defendants to release and transfer plaintiff's legal documents (Dkts. 7, 30) are DENIED; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff and counsel for defendants.

Dated this 23rd day of July, 2018.

Ronald B. Leighton
United States District Judge

ORDER - 1