|   |   |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RALPH HOWARD BLAKELY,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>GREGORY JONES, et al.,<br><br>　　　　　　Defendants. | CASE NO. C18-5021 RBL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. #51]. The Court has reviewed Plaintiff Blakely's Objections to the R & R [Dkt. # 54 & 55] and the State Defendants' Response [Dkt. # 56].

1. The Report and Recommendation is **ADOPTED;**
2. Blakely's Motion for Summary Judgment [Dkt. # 36] is **DENIED**;
3. This matter is **RE-REFERRED** to Magistrate Judge Fricke for further pre-trial proceedings;

4. The Clerk shall send copies of this Order to the Blakely's last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 9th day of November, 2018.

                                                                         Ronald B. Leighton
                                                                         United States District Judge