HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RALPH HOWARD BLAKELY,

    Plaintiff,

v.

GREGORY JONES, et al.,

    Defendants.

CASE NO. C18-5021RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 93], and Plaintiff Blakely's Objections to it [Dkt. # 94].

1. The Report and Recommendation is **ADOPTED;**
2. Defendants' Motion for Summary Judgment is **GRANTED** and Plaintiff Blakely's claims are **DISMISSED** with prejudice and without leave to amend;
3. If he appeals, Blakely's *in forma pauperis* status will continue for the reasons articulated in the Report and Recommendation;

ORDER - 1

4. The Clerk shall send copies of this Order to the Blakely's last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 3rd day of June, 2019.

Ronald B. Leighton
United States District Judge