THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

RALPH HOWARD BLAKELY,                          CASE NO. C18-5021 JCC

10

                    Plaintiff,                 MINUTE ORDER

11

            v.

12

GREGORY JONES, *et al.*,

13

                    Defendants.

14

15      The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17      This matter comes before the Court on Plaintiff's motion for copies of legal documents

18   (Dkt. No. 105.) The motion is GRANTED. The Clerk is DIRECTED to mail copies of the

19   following documents in this matter to Plaintiff at the mailing address provided: Docket Numbers

20   99, 100, 101, 102, and 103. (*See* Dkt. No. 105 at 2.)

21      DATED this 29th September 2020.

22                                             William M. McCool
                                               Clerk of Court
23
                                               s/Tomas Hernandez
24                                             Deputy Clerk

25

26

MINUTE ORDER
C18-5021 JCC
PAGE - 1